AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| JESSICA STRAUTMANN,<br><br>*Plaintiff(s)*<br>v.<br><br>R.A.M. RODNEY CORNER, INC. and ADAM BAKER,<br><br>*Defendant(s)* | Civil Action No. 2:21-cv-00979-DSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam Baker as registered agent for R.A.M. Rodney Corner, Inc.
196 Holly Place
Mt. Pleasant, PA 15666

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew C. Cairone
FISHKIN LUCKS LLP
1601 Market Street
19th Floor
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

09/07/2021

Date

*Connor Woods*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00979-DSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Adam Baker as registered agent for R.A.M. Rodney Corner Inc.
was received by me on *(date)* 9-7-21.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Randall Baker
relationship - Father, a person of suitable age and discretion who resides there,
on *(date)* 9-9-21 @ 9:36 A.M., and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9-13-21

*Server's signature*

Anthony DeMasi (Process Server)
*Printed name and title*

322 Mall Blvd., #236, Monroeville, PA 15146
*Server's address*

Additional information regarding attempted service, etc:
Witness present at time of service.